DAVID LYNN, ESQ., S.B. 73718
LAW OFFICES OF DAVID LYNN
11500 West Olympic Boulevard, Suite 400
Los Angeles, California 90064
Telephone: (310) 312-4513
Facsimile: (310) 497-7808

Attorney(s) for: Plaintiff(s)

55-6

FILED
FEB 20 1997
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

LODGED
FEB 14 1997
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADGETT PRICE, ~~Individually~~ and d/b/a LUDLOW & PRICE; DAVID LYNN; KIM JAMES KAKADELAS,<br><br>Plaintiff(s),<br><br>v.<br><br>JO ANNA DELLO,<br><br>Defendant(s). | Case No. EDCV-95-443-RT(VAPx)<br><br>~~[Hon. Virginia A. Phillips]~~<br><br>REQUEST TO CLERK FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE and order |

ENTERED
FEB 25 1997
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

TO: The clerk of the above-entitled court:

Plaintiffs PADGETT PRICE, dba LUDLOW & PRICE, DAVID LYNN, and KIM JAMES KAKADELAS, and each of them, through their joint attorney of record, DAVID LYNN, 11500 West Olympic Boulevard, Suite 400, Los Angeles, California 90064, request the clerk to enter dismissal of the entire action of Price,

///

///

///

DOCKETED
MLD COPY PTYS
MLD NOTICE PTYS
JS-6

ENTERED ON ICMS

et al. vs. Lynn, et al., Case No. EDCV-95-443-RT(VAPx). No cross complaints have been filed.

Dated: Febuy 11, 1997

David Lynn, Esq.
Attorney for Plaintiffs

(To be completed by clerk)

☐ Dismissal entered as requested on ____________________

☐ Dismissal entered on ____________ as to only ____________

☐ Dismissal entered as requested for the following reason(s), and attorney(s) notified on ____________________

____________________, Clerk

Dated: ____________ By: ____________, Deputy

pd-1355

**IT IS SO ORDERED**

**DATED** 2/20/97

**U.S. DISTRICT COURT JUDGE**

# PROOF OF SERVICE

1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA COUNTY OF ORANGE

I am employed in the county of: ORANGE State of California

I am over the age of 18 and not party to the within action; my business address is: 23456 Madero, Suite 170, Mission Viejo, Ca. 92691

On February 14 19 97 I served the foregoing document described as Request to Clerk for Dismissal of Entire Action With Prejudice

on the interested parties in this action.

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☑ by placing ☐ the original ☑ a true copy there of enclosed in sealed envelopes addressed as follows:

| | | |
|---|---|---|
| David Lynn, Esq.<br>11500 West Olympic Blvd.<br>Suite 400<br>Los Angeles, CA 90064 | Padgett Price, Esq.<br>Ludlow & Price<br>P.O. Box 1028<br>Corona, CA 91718 | Don D. Sessions A.P.L.C.<br>Stephen C. Kimball, Esq.<br>23456 Madero, Ste. 170<br>Mission Viejo, CA 92691 |

L

☑ BY MAIL

☐ * I deposited such envelope in the mail at California.

☑ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Mission Viejo California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on February 14, 19 97 at Mission Viejo California.

☐ ** (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on 19 at California.

☑ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Nancy Ison

TYPE OR PRINT NAME

Nancy Ison

SIGNATURE

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)

**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

f-0091:940516/pd-1379